UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH H. BOOTH, II, an individual,

    Plaintiff,

vs.

TIMOTHY SAMMONS, INC.,
an inactive New York company; and
TIMOTHY SAMMONS LTD.,
an England and Wales limited company,
and TIMOTHY SAMMONS, an individual,

    Defendants.

Case No. 2:15-cv-11760-RHC-APP
Hon. Robert H. Cleland

ABBOTT NICHOLSON, P.C.
By:  William D. Gilbride, Jr. (P36830)
And: Sarah L. Harwood (P74931)
Attorneys for Plaintiff
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
Phone: (313) 566-2500
Fax:    (313) 566-2502
wdgilbride@abbottnicholson.com
slharwood@abbottnicholson.com

## *EX PARTE* ORDER TO ALLOW SERVICE OF PROCESS BY SUBSTITUTED MEANS.

This matter having come before the Court upon Plaintiff's *Ex Parte* Motion for Alternate Service, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE

IT IS HEREBY ORDERED that Plaintiff's *Ex Parte* Motion for Alternate Service shall be and is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff may effectuate service of process upon Defendant TIMOTHY SAMMONS, INC., in the following manner:

A. By sending the Summons and copy of the Complaint, by email to the email domain address, tss@timothy-sammons.com; and

B. By sending the Summons and a copy of the Complaint through first class mail to 2209 Merrick Road, Suite 100, Merrick, NY 11566 and 19 East 66th Street, New York, NY 10065.

**IT IS SO ORDERED.**

Dated: August 14, 2015

                                        S/Robert H. Cleland
                                        UNITED STATES DISTRICT JUDGE

Order prepared by:
ABBOTT NICHOLSON, P.C.

William D. Gilbride, Jr. (P36830)
Sarah L. Harwood (P74931)
Attorneys for Plaintiff
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
(313) 566-2500 / (313) 566-2502 Fax
wdgilbride@abbottnicholson.com
slharwood@abbottnicholson.com

4830-6904-7078, v. 1