UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH H. BOOTH, II, an individual,

    Plaintiff,

vs.

TIMOTHY SAMMONS, INC.,
an inactive New York company; and
TIMOTHY SAMMONS LTD.,
an England and Wales limited company,
and TIMOTHY SAMMONS, an individual,

    Defendants.

Case No. 2:15-cv-11760-RHC-APP
Hon. Robert H. Cleland

---

ABBOTT NICHOLSON, P.C.
By:  William D. Gilbride, Jr. (P36830)
Attorney for Plaintiff
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
Phone: (313) 566-2500
Fax:   (313) 566-2502
wdgilbride@abbottnicholson.com

---

## **DEFAULT JUDGMENT**

At a session of said Court, held in the U.S. Courthouse, City of Detroit, County of Wayne, State of Michigan, on September 28, 2016.

    PRESENT: THE HON. ROBERT H. CLELAND
                     United States District Court Judge

The Defendant's Default having been entered by the Clerk of the Court on August 5, 2015, September 10, 2015, and September 23, 2015, and the Court being fully advised in the premises; NOW, THEREFORE:

IT IS HEREBY ORDERED that, pursuant to Fed. R Civ. P 55(b)(2), Default Judgment shall be, and hereby is, GRANTED in favor of the Plaintiff, RALPH H. BOOTH II, and against the Defendants, TIMOTHY SAMMONS, TIMOTHY SAMMONS LTD. and TIMOTHY SAMMONS, INC., in the amount of $193,000.00 for the amount due and owing under the Parties' Agreement, as defined in the Complaint, plus interest and costs.

IT IS FURTHER ORDERED that Plaintiff is granted his attorneys' fees in the amount of $12,850.00, pursuant to Section 4 of the Parties' Agreement.

IT IS FURTHER ORDERED that the above Judgment shall earn interest at the rate provided for by the applicable law.

IT IS FURTHER ORDERED that this resolves the last pending claim and closes the above-captioned case.

IT IS SO ORDERED.

*[signature]*
U.S. DISTRICT COURT JUDGE

Order prepared by:
ABBOTT NICHOLSON, P.C.
William Gilbride, Jr. (P36830)
Attorney for Plaintiff
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
(313) 566-2500
4824-9368-0690, v. 1